# Index of Exhibits

Exhibit A — Clerkship Offer Letter and Top Secret Security Clearance Application

Exhibit B — March-May of 2015 Emails to Judge McKeague and Judge Yates

Exhibit C — February 6, 2014 FOIA Request to National Security Agency

Exhibit D — May 21, 2012 Email to AUSA Tim Verhey

Exhibit E — May 3, 2012 Faxed Letter to Facebook

Exhibit F — May 19-21 Letters to Judge Yates, Human Resources, and I.T. Department Generated List

Exhibit G — March-April Screenshots and AT&T Cell Phone Bill

Exhibit H — NSA Mac Hardening Guidelines; Router Information; Sudo Nano Commands

Exhibit I — March 2013 Faxed Letter to AUSA Tim Verhey

Exhibit J — August 21, 2013 Email to Ken Loomis Re: Lost Access to Lavabit

Exhibit K — August 13, 2013-February of 2014 Emails to Judge McKeague

Exhibit L — August 19, 2013 Letter to Kerry Harvey

Exhibit M — September 13, 2013 Email to Judge McKeague

Exhibit N — March 15-16, 2014 Emails to and from Erwin Chemerinsky

Exhibit O — March 16-17, 2014 Email to and from Erwin Chemerinsky

Exhibit P — Motions Submitted in *United States v. Meade*, Sixth Cir. Case No 14-5209

Exhibit Q — April 1-10, 2014 Filings in *United States v. Meade*

Exhibit R — April 10, 2014 Hearing Transcript

Exhibit S — September 10, 2013 Article

Exhibit T — April 15, 2014 Faxed Letter to Judge McKeague

Exhibit U — April 24, 2014 Email to Cheryl Borkowski

Exhibit V — April 25, 2014 Email to Cheryl Borkowski and Stay Request

Exhibit W — April 25, 2014 Sealing order for First Amendment Protect **Speech**

Exhibit X — April 25, 2014 Emails to Erwin Chemerinsky

Exhibit Y — April 28, 2014 Emergency Medical Treatment Documentation

Exhibit Z — Certiorari Petition Questions Presented and Supplemental Brief

Exhibit AA — October 2, 2014 Emails from AUSA Ken Taylor and Erwin Chemerinsky

Exhibit BB — October of 2015 Letter to Justice Roberts Seeking PPO for Plaintiff and Defendant Priest, September 22, 2016 PPO and Plaintiff's Response