UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHERINE L. LAWRENCE,

       Plaintiff,                         Case No. 1:23-cv-356

v                                              Hon. Hala Y. Jarbou

BRIAN J. PRIEST, et al,

       Defendants.
_____/

**ORDER OF RECUSAL**

In accordance with 28 U.S.C. § 455(a) and § 455(b)(1), I hereby disqualify myself from all further proceedings in this case. The Clerk's Office shall reassign the case to another magistrate judge in accordance with the approved procedure.

**IT IS SO ORDERED.**

Dated: April 10, 2023                        /s/ Ray Kent
                                                   RAY KENT
                                                   United States Magistrate Judge